Mia Farber (SBN 131457)
Mia.Farber@Jacksonlewis.com
Michael R. Minguet (SBN 204027)
Michael.Minguet@Jacksonlewis.com
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
BAMIA 2 LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS JOHNSON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAMIA 2 LLC, a Limited Liability Company; REEF GLOBAL INC., a Florida Corporation; REEF TECHNOLOGIES, INC., a Florida Corporation; and DOES 1 through 50, Inclusive<br><br>　　　　Defendants. | CASE NO.:<br><br>**DEFENDANT BAMIA 2 LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with Notice of Removal; Declarations of Amy Johnson and Michael R. Minguet; Request for Judicial Notice; Civil Case Cover Sheet; and Notice of Interested Parties]<br><br>State Complaint Filed: February 4, 2022 |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND PLAINTIFF PARIS JOHNSON AND HER COUNSEL OF RECORD:**

　　Federal Rule of Civil Procedure 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2)

states that there is no such corporation." In accordance with Rule 7.1(a), the undersigned counsel of record for Defendant Bamia 2 LLC certifies as follows: Bamia 2 LLC is a Florida limited liability company with Vessel Global LLC as its single member. There is no publicly held corporation directly owning 10% or more of its stock.

Dated: March 24, 2022

JACKSON LEWIS P.C.

By: _____
Mia Farber
Michael R. Minguet

Attorneys for Defendant
BAMIA 2 LLC

4860-2786-3062, v. 1